Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

Attorneys for Plaintiff
CHRISTOPHOROS C. GORDON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHOROS C. GORDON, on behalf of himself and a class of similarly situated persons, <br><br>  Plaintiffs, <br><br> vs. <br><br> PACIFIC BELL TELEPHONE COMPANY, DOES 1 TO 50, inclusive, <br><br>  Defendants. | Case No. 2:13-cv-02606-TLN-KJN <br><br> PLAINTIFF'S MOTION TO CONTINUE MOTION TO DISMISS; **ORDER** <br><br> DATE:       TBA <br> TIME:       TBA <br> COURTROOM:  2 (15th Floor) <br> JUDGE:      Hon. Troy L. Nunley |

On December 16, 2013, this action was removed to this Court from the Sacramento County Superior Court, following the filing of Defendant's Notice of Removal. (ECF Doc. 1.) Pursuant to 28 U.S.C. § 1447, Plaintiff may, and does intend to, file a Motion to Remand this action back to the Sacramento County Superior Court on or before January 15, 2014.

On December 20, 2013, Defendant filed a Motion to Dismiss this action noticing a hearing on February 27, 2013. (ECF Doc. 4.) The motion is currently pending before the Court.

Plaintiff respectfully moves this Court to continue the briefing schedule and hearing date of Defendant's Motion to Dismiss until after the filing, briefing, hearing, and decision on the merits of Plaintiff's Motion to Remand. *See Simpkins v. S. Wine & Spirits of Am.*, Inc., 2010 U.S. Dist. LEXIS 91971, *22 (N.D. Cal.) ("While the issues raised in the Motions to Dismiss overlap with the issues raised in the remand motion, the legal standards for remand and dismissal are different and the remand motion is jurisdictional. Therefore, the Court continued the hearing on the Motions to Dismiss until after the motion to remand was decided."). Additionally, in the event that Plaintiff's Motion to Remand is granted, Defendant's Motion to Dismiss would be rendered moot. *See Lion v. Echo Global Logistics, Inc.*, 2013

1

**PLAINTIFF'S MOTION TO CONTINUE MOTION TO DISMISS; ORDER**
*Gordon v. Pacific Bell Telephone Company*; United States District Court, Eastern District of California, Case No. 2:13-cv-02606-TLN-KJN

U.S. Dist. LEXIS 150377, **13-14 (E.D. Cal.) ("Because the case will be remanded, it is unnecessary to resolve [defendant]'s motion. [Defendant]'s motion to dismiss will be denied as moot.").

DATED: January 17, 2014   Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

By: _____
    Mark E. Merin

Attorney for Plaintiff
CHRISTOPHOROS C. GORDON

2

**PLAINTIFF'S MOTION TO CONTINUE MOTION TO DISMISS; ORDER**
*Gordon v. Pacific Bell Telephone Company*; United States District Court, Eastern District of California, Case No. 2:13-cv-02606-TLN-KJN

1  The Court hereby GRANTS Plaintiff's Motion to Continue Motion to Dismiss and continues the
2  pending Motion to Dismiss (ECF Doc. 4) until after the resolution of Plaintiff's Motion to Remand.
3  IT IS SO ORDERED.

4

5  Dated: January 17, 2014

6

7

8

9

10  Troy L. Nunley
    United States District Judge

11

3

**PLAINTIFF'S MOTION TO CONTINUE MOTION TO DISMISS; ORDER**
*Gordon v. Pacific Bell Telephone Company*; United States District Court, Eastern District of California, Case No. 2:13-cv-02606-TLN-KJN